IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

FILED IN CHAMBERS
U.S.D.C. Atlanta
OCT 22 2010
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES OF AMERICA,

v.

ANTHONY M. MADDOX,

Defendant.

CRIMINAL CASE NO.

3:10-CR-04-01-JEC

### ORDER

The above entitled action is presently before the Court on the Magistrate Judge's Final Report and Recommendation [38] recommending denying defendant's Motions to Suppress Statements [19] and defendant's Motion to Suppress Evidence [20]. No Objections to the Report and Recommendation [38] have been filed.

IT IS HEREBY ORDERED that the Court **ADOPTS** the Magistrate Judge's Final Report and Recommendation [38] **DENYING** defendant's Motions to Suppress Statements [19] and defendant's Motion to Suppress Evidence [20].

SO ORDERED this 22 day of OCTOBER, 2010.

_____
JULIE E. CARNES
CHIEF U.S. DISTRICT JUDGE